# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEVEN DEARELL JOHNSON, JR.**                                    **PLAINTIFF**
**ADC # 165791**

v.                       **CASE NO. 2:24-CV-00169-BSM-ERE**

**MICHAEL RICHARDSON,** *et al.*                                    **DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 20] is adopted and defendants' partial motion for summary judgment [Doc. No. 15] is granted. Steven Dearell Johnson, Jr.'s claims against Everett Litzey are dismissed without prejudice for failure to exhaust administrative remedies. The clerk is directed to terminate Everett Litzey as a party and remove him from the case caption.

IT IS SO ORDERED this 1st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE