**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STEVEN DEARELL JOHNSON, JR.** **PLAINTIFF**
**ADC #165791**

**V.** **NO. 2:24-cv-169-BSM-ERE**

**MICHAEL RICHARDSON, *et al.*** **DEFENDANTS**

# ORDER

Defendants have filed a motion to compel asking the Court to order *pro se* plaintiff Steven Dearell Johnson, Jr. to respond to their written discovery requests.[1] *Doc. 23*. Defendants attach to their motion their July 17, 2025 good faith letter previously sent to Mr. Johnson in an attempt to resolve this issue without Court intervention. *Doc. 23-1*.

If Mr. Johnson opposes the motion to compel, he must file a response explaining why he has refused to provide answers to the outstanding written discovery. Alternatively, he may provide his discovery responses directly to Defendants, in which case the motion to compel likely will be denied as moot.[2]

---

[1] All litigants who pursue civil claims in federal court are required to comply with the Federal Rules of Civil Procedure, including the various provisions related to discovery. *See*, *e.g.*, Rule 26 (General Provisions Governing Discovery); Rule 33 (Interrogatories to Parties); Rule 34 (Producing Documents); Rule 37 (Failure to Make Disclosures or to Cooperate in Discovery). Mr. Johnson must participate in the discovery process.

[2] The discovery requests were just propounded on June 16, 2025; it may be that Mr. Johnson needed some additional time to respond to the requests and mail them to counsel for Defendants.

IT IS THEREFORE ORDERED THAT:

1. If Mr. Johnson opposes Defendants' motion to compel (*Doc. 23*), he must file a response by **August 31, 2025**.

2. If Mr. Johnson does not wish to oppose Defendants' motion to compel, he must send defense counsel written responses to the outstanding discovery requests, as soon as possible, but no later than **August 31, 2025**.

3. If Mr. Johnson fails to comply with this Order or to participate in the discovery process, his claims may be dismissed, without prejudice, and other sanctions may be imposed. See Local Rule 5.5(c); Fed. R. Civ. P. 37.

4. Defendants should promptly notify the Court if Mr. Johnson responds to the outstanding written discovery.

So Ordered 1 August 2025.

UNITED STATES MAGISTRATE JUDGE