# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEVEN DEARELL JOHNSON, JR.**   **PLAINTIFF**
**ADC #165791**

**V.**   **NO. 2:24-cv-169-BSM-ERE**

**MICHAEL RICHARDSON,** *et al.*   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Johnson's claims has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact.

**II.   Discussion:**

On September 6, 2024, *pro se* plaintiff Steven Dearell Johnson, Jr., an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit under 42 U.S.C. § 1983. *Docs. 1, 4.*

On July 28, 2025, Defendants filed a motion to compel discovery requesting that the Court Order Mr. Johnson to respond to their outstanding discovery requests. *Doc. 23.*

On August 1, 2025, I ordered Mr. Johnson to either file a response opposing Defendants' motion to compel or to provide his written discovery requests to Defendants by August 31, 2025. *Doc. 27*. Mr. Johnson failed to respond to my August 1, 2025 Order. As a result, on September 2, 2025, I granted Defendants' motion to compel and ordered Mr. Johnson to file his responses to the outstanding discovery requests with the Court by September 19, 2025. *Doc. 28*. I specifically warned Mr. Johnson that his failure to comply my Order would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Johnson has not responded to either my August 1 or September Orders, and the time to do so has passed.

**III.    Conclusion:**

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Johnson's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Court Orders filed on August 1 and September 2, 2025; (2) participate in discovery; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 24 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE