IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN DEARELL JOHNSON, JR.**                                                **PLAINTIFF**
**ADC # 165791**

v.                                       CASE NO. 2:24-CV-00169-BSM

**MICHAEL RICHARDSON,** *et al.*                                              **DEFENDANTS**

### ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 29] is adopted and Steven Johnson, Jr.'s case is dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE