IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN DEARELL JOHNSON, JR.**　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 165791**

v.　　　　　　　　CASE NO. 2:24-CV-00169-BSM

**MICHAEL RICHARDSON,** *et al.*　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE